Exhibit A

| Date | Withdrawal |
|---|---:|
| 9/16/2020 | $53,050.00 |
| 10/22/2020 | $5,610.00 |
| 11/19/2020 | $2,805.00 |
| 12/14/2020 | $2,805.00 |
| 1/11/2021 | $2,805.00 |
| 3/5/2021 | $2,975.00 |
| 3/26/2021 | $3,156.00 |
| 4/19/2021 | $2,975.00 |
| 6/3/2021 | $3,432.00 |
| 6/16/2021 | $3,432.00 |
| 7/19/2021 | $3,432.00 |
| 8/17/2021 | $3,432.00 |
| 10/13/2021 | $3,432.00 |
| 10/13/2021 | $3,432.00 |
| 10/26/2021 | $19,775.00 |
| 11/22/2021 | $30,217.50 |
| 12/21/2021 | $30,217.50 |
| 1/25/2022 | $30,217.50 |
| 2/23/2022 | $30,217.50 |
| 4/19/2022 | $30,217.50 |
| 5/2/2022 | $30,217.50 |
| 5/20/2022 | $30,217.50 |
| 7/5/2022 | $30,217.50 |
| 8/12/2022 | $30,217.50 |
| 8/24/2022 | $30,217.50 |
| 9/20/2022 | $30,217.50 |
| 10/19/2022 | $30,217.50 |
| 12/6/2022 | $2,397,000.00 |
| 12/7/2022 | $30,217.50 |
| 1/3/2023 | $30,217.50 |
| 2/28/2023 | $12,912.00 |
| 5/12/2023 | $3,432.00 |
| 6/6/2023 | $3,432.00 |
| 6/21/2023 | $3,432.00 |

| | |
|---|---|
| 9/27/2023 | $3,432.00 |
| 4/16/2024 | $3,432.00 |
| 4/23/2024 | $3,432.00 |
| 4/24/2024 | $3,432.00 |
| | **$2,973,529.00** |